W. H. MASON v. THE STATE.

No. 8946.  Delivered Jan. 28, 1925.

**Aggravated Assault.**

Appellant has made a written request in due form asking that his appeal be dismissed.  The request is granted.

Appeal from the District Court of Hale County. Tried below before the Honorable R. C. Joiner, Judge.

Appeal from a conviction for aggravated assault, penalty, two years in the county jail.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Hale county of an aggravated assault, and his punishment fixed at confinement in the county jail for a period of two years.

Appellant has made written request in due form asking that his appeal be dismissed. The request will be granted. The appeal is dismissed.

*Dismissed.*